UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. JACKSON, JR., | No. 2:14-cv-0592 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. AUSTIN, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a complete in forma pauperis affidavit[1] or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity to submit either a complete affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, a complete affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed;

---

[1] The affidavit is missing the second page, and therefore lacks plaintiff's answers to those questions and his signature under penalty of perjury.

1

1     2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2 Forma Pauperis By a Prisoner, <u>AND</u> a copy of plaintiff's prior affidavit (ECF No. 2).

3     SO ORDERED.

4 Dated: March 12, 2014

6 Jack0592.3a

                    /s/ Kendall J. Newman  
                    KENDALL J. NEWMAN  
                    UNITED STATES MAGISTRATE JUDGE