UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. JACKSON, JR., | No. 2:14-cv-0592 KJM KJN P |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| J. AUSTIN, et al., | |
| Defendants. | |

By order filed September 16, 2014, plaintiff was granted leave to file a second amended complaint, or to consent to dismissal of defendants Lee, Matteson, Allen and Swarthout and proceed solely as to his claims against defendant Austin. On October 1, 2014, plaintiff consented to the dismissal, without prejudice, of defendants Lee, Matteson, Allen and Swarthout, and chose to proceed solely as to defendant Austin. (ECF No. 19.) Accordingly, defendants Lee, Matteson, Allen and Swarthout should be dismissed.

IT IS HEREBY RECOMMENDED that defendants Lee, Matteson, Allen and Swarthout be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
2  failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  October 24, 2014

6  jack0592.56

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE