UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. JACKSON, JR., | No.  2:14-cv-0592 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. AUSTIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 6, 2015, defendant J. Austin filed a motion to compel responses to a request for production of documents.  (ECF No. 28.)  Defendant Austin contends therein that plaintiff failed entirely to respond to the discovery requests in question.  Plaintiff has to date failed to file an opposition to the motion to compel.

Plaintiff is directed to file an opposition or statement of non-opposition to the motion to compel within 21 days from the date of this order.  Failure to respond may be deemed a waiver of any opposition to the granting of the motion.  Local Rule 230(l).  Moreover, plaintiff is cautioned that he is required to cooperate in discovery.  Failure to cooperate in discovery may result in the imposition of sanctions, including, but not limited to, a recommendation that this action be dismissed.  See Fed. R. Civ. P. 37(b)(2)(A) (sanctions may be imposed for failure to comply with a discovery order); Fed. R. Civ. P. 37(d)(3) (sanctions may be imposed for failure to serve

answers to interrogatories or to respond to requests for production of documents).

    Good cause appearing, IT IS HEREBY ORDERED that plaintiff's opposition to the motion to compel is due within 21 days of the date on which this order is filed; defendant's reply, if any, shall be filed seven days thereafter.  Plaintiff is cautioned that his failure to timely comply with this order may result in the issuance of sanctions, including dismissal of this action.

Dated:  June 24, 2015

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jack 0592.eot